Form 19 - SECRETARY OF STATE - 306

**BRUCE LEVINSON ESQ.**
**ATTN:**

U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY    STATE OF NEW YORK

---

DAVID BURRILL    plaintiff

Index No. **08 CIV 6802**

Date Filed  ............

- against -

Office No.

PERCY MILLER A/K/A MASTER P; PERCY    defendant
ROMERO MILLER, JR. A/K/A ROMEO, ETAL

Court Date:    /    /

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.    That on the
**8th    of August, 2008 at    11:10 am**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS AND COMPLAINT**
**CIVIL COVER SHEET**
**JUDGES RULES**
**UPON: WAL-MART STORES, INC.**
**the DEFENDANT** in this action, by delivering to and leaving with
**CHAD MATICE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40. That said service was made pursuant to Section 306 of the BCL.

Deponent further describes the person actually served as follows:

SEX: **MALE**       COLOR: **WHITE**       HAIR: **BLACK**
APP. AGE: **30**   APP. HT: **6:2**       APP. WT: **215**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
13th   DAY OF August, 2008sr

JOEL GOLUB
Notary Public, State of New York
   No. 01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

...........................
STEVE AVERY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BL1142607