LAW OFFICE OF BRUCE LEVINSON
747 Third Avenue, Fourth Floor
New York City, NY 10017-2803
212/750-9898

Attorney for Plaintiff DAVID BURRILL

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

DAVID BURRILL,
      Plaintiff,

vs.

PERCY MILLER, etc., et al.,
      Defendant(s).

Case No.: 08 CIV 6802

## PROOF OF SERVICE

I, Kathy Nelson, declare:

I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the **Summons & Complaint; Individual Practices of Judge McMahon; Annex A, Form of Pretrial Order, Consent to Proceed Before a US Magistrate form; Electronic Case Filing Rules & Instructions; Individual Practices of Magistrate Judge Henry Pitman** to:

**PARTY SERVED:** INDEPENDENT ONLINE DISTRIBUTION ALLIANCE, INC.

**ADDRESS:** 539 Bryant Street, Ste. 303
San Francisco, CA 94107

**DATE/TIME:** August 12, 2008   3:45 PM

**MANNER OF SERVICE:** ☒ Personal Service

by delivery to DANIEL SHAIN, Business Development Manager and a person authorized to accept service for the Defendant. (C, M, 5'9", 38 years old, red hair, beard, 150 lbs.)

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and this declaration is executed on August 14, 2008 at San Francisco, California.

Aetna Judicial Services
225 Broadway, Ste. 1802
New York City, NY 10007
212/233-6070

Kathy Nelson   RPS: San Mateo #399
REF# 3BL1142604

## PROOF OF SERVICE